1014

HAMILTON NATIONAL BANK OF CHAT-
TANOOGA, TENNESSEE, Appellant, v.
Charles S. COFFEY, Receiver of the First
National Bank, Appellee.

No. 7960.

Circuit Court of Appeals, Sixth Circuit.

Jan. 8, 1940.

Thomas S. Myers, of Chattanooga, Tenn., for appellant.

S. Bartow Strang, of Chattanooga, Tenn., for appellee.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record and briefs, and it appearing to the court that there is no reversible error upon the record, it is therefore ordered and adjudged that the decree appealed from be and the same is in all things affirmed.

J. H. BERLING DAIRY PRODUCTS CO.,
J. H. Berling, A. H. Berling and L. H.
Smart, v. UNITED STATES of America.

No. 8283.

Circuit Court of Appeals, Sixth Circuit.

Jan. 16, 1940.

Sanford A. Headley and Michael C. Lacinak, both of Cincinnati, Ohio, for appellant.

Leo Calvin Crawford, U. S. Atty., and Frederic W. Johnson, Asst. U. S. Atty., both of Cincinnati, Ohio, for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

Upon motion of the appellant, the appellee not objecting, it is now ordered that this cause, United States v. Krechting, D. C., 26 F.Supp. 266, be and the same is dismissed.

JOHN R. THOMPSON COMPANY, Plaintiff-
Appellant and Cross-Appellee, v. NORTH-
WESTERN MUTUAL LIFE INSURANCE
COMPANY, Defendant-Appellee and Doug-
las Schofield, Trustee, Defendant-appellee
and Cross-Appellant.

Nos. 7966, 7967.

Circuit Court of Appeals, Sixth Circuit.

Jan. 18, 1940.

Galvin & Babin, of Cleveland, Ohio, for John R. Thompson Co.

Garfield, Cross, Daoust, Baldwin & Vrooman, of Cleveland, Ohio, for Northwestern Mut. Life.

Douglas F. Schofield, of Cleveland, Ohio, in pro. per.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, in consideration whereof, it is ordered and adjudged that the decree from which the appeal and cross-appeal was taken be and is affirmed upon the grounds and for the reasons stated in the opinion of the District Judge filed July 3, 1937.

Gladys C. JOHNSON, Appellant, v. The
PENN MUTUAL LIFE INSURANCE
COMPANY, Appellee.

No. 8068.

Circuit Court of Appeals, Sixth Circuit.

Jan. 17, 1940.

George E. Beach, of Cleveland, Ohio, for appellant.

George D. Bonebrake, of Cleveland, Ohio, for appellee.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

The judgment is affirmed for the reasons given in the opinion of the District Court.